IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

| | |
|---|---|
| SIERRA CLUB ) <br> 85 Second Street, Second Floor ) <br> San Francisco, CA 94105-3441 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTINE TODD WHITMAN ) <br> Administrator, ) <br> United States Environmental Protection ) <br> Agency, ) <br> ) <br> Defendant. ) <br> _____ ) | 02 2235 <br><br> Civil Action No._____ |

## ORDER

Upon consideration of plaintiff Sierra Club's application for preliminary injunction and all pleadings and documents related thereto, it is hereby ORDERED as follows:

1. Not later than January 27, 2003, the defendant Administrator of the United States Environmental Protection Agency ("the Administrator" or "EPA") shall publish a Federal Register Notice that announces, consistent with the Clean Air Act, 42 U.S.C. §§7509(c) & 7511(b)(2):

   a. a final determination either that the Washington, D.C., serious ozone nonattainment area, attained the national ambient air quality standards ("NAAQS" or "standards") for ozone by the applicable attainment date of November 15, 1999, or that such area did not attain such standards by such date (hereinafter, collectively, "attainment determination"); and

b. an identification of the appropriate reclassification of the area, if the determination is that the area did not attain the standards by the applicable attainment date (hereinafter, "reclassification determination").

2. The Administrator shall publish: a) within 45 days of this order, a Federal Register notice, consistent with 42 U.S.C. §§7410(k)(3), containing EPA's proposed approval and disapproval action on the state implementation plan submittals for the Washington area identified at 66 Fed. Reg. 586, 586 (January 3, 2001); and b) within 120 days of this order, a Federal Register notice, consistent with 42 U.S.C. §7410(k)(3), containing EPA's final approval and disapproval action on such plan submittals.

DATED this 18th day of December, 2002.

_____
United States District Judge